# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| **ESSAI, INC.**, <br><br> Plaintiff, <br><br> v. <br><br> **DELTA DESIGN, INC.**, <br><br> Defendant. | Case No. **C 13-02356-JSW** <br><br> [PROPOSED] **ORDER GRANTING THE PARTIES' JOINT STIPULATION REQUESTING CONTINUANCE OF THE INITIAL CASE MANAGEMENT CONFERENCE AND RELATED DATES** <br> AS MODIFIED HEREIN AND DIRECTING PARTIES TO RENOTICE MOTION TO DISMISS |

Pursuant to the Joint Stipulation Requesting Continuance of the Initial Case Management Conference and Related Dates, and good cause shown, the schedule is hereby modified as follows:

The Initial Case Management Conference scheduled for August 30, 2013 has been vacated and rescheduled to ~~September 20, 2013~~ December 20, 2013. The parties shall file an ADR Certification and either a Stipulation to the ADR Process or Notice of Need for ADR Phone Conference by **August 30, 2013**. The parties shall file a joint case management conference statement by ~~September 13, 2013~~ December 13, 2013.

**IT IS SO ORDERED**. Defendant is directed to re-notice the motion to dismiss to an open and available date on this Court's law and motion calendar.

DATE: August 13, 2013

_____
HONORABLE JEFFREY S. WHITE
United States District Court Judge

**JOINT STIPULATION REQUESTING CONTINUANCE OF THE INITIAL CASE MANAGEMENT CONFERENCE**  **CASE NO. C 13-02356-JSW**